# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

THOMAS EARL FORD (#143789)

VERSUS

19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH OF
LOUISIANA, ET AL.

CIVIL ACTION

21-524-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated February 27, 2023, to which an *Objection*[2] was filed and duly considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and Plaintiff Thomas Earl Ford's federal claims are DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and this case is CLOSED.

Signed in Baton Rouge, Louisiana, on this 21st day of March, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 18.
[2] Rec. Doc. 19.